JOHN GILLIES CO., Respondent, v. QUINN & SMITH, Inc., Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by the John Gillies Company against Quinn & Smith, Incorporated. No opinion. Judgment of the Municipal Court affirmed, with costs.

JOHNSON, Appellant, v. ATLANTIC STEVEDORING CO., Respondent. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Arthur Johnson against the Atlantic Stevedoring Company. J. R. Schiff, for appellant. J. C. Robinson, for respondent.
PER CURIAM. Judgment affirmed, with costs.
SCOTT, J., dissents. Orders filed.

JOHNSON, Respondent, v. FIRST NAT. BANK OF FRANKLIN, Appellant. (Supreme Court, Appellate Division, Third Department. May 20, 1910.) Action by Emily Johnson against the First National Bank of Franklin. No opinion. Motion granted. See, also, 132 App. Div. 524, 117 N. Y. Supp. 39.

JOHNSON, Appellant, v. FLORIDA EAST COAST RY. CO., et al., Respondents. (Supreme Court, Appellate Division, First Department. June 17, 1910.) Action by Abraham Johnson against the Florida East Coast Railway Company and others. J. I. Berman, for appellant. G. S. Scofield, for respondents. No opinion. Judgment modified, by striking out the words "on the merits," and, as modified, affirmed, with costs to respondents. Order filed. See, also, 122 N. Y. Supp. 1132.

JOHNSON, Appellant, v. PENNSYLVANIA R. CO., Respondent. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by Harry Johnson against the Pennsylvania Railroad Company. J. Herherington, for appellant. N. B. Beecher, for respondent.
PER CURIAM. Judgment and order affirmed, with costs. Order filed.
LAUGHLIN, J., dissents.

JOHNSTON v. GARVEY. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by Edward W. S. Johnston against Martin T. Garvey. No opinion. Settle order on notice. See memorandum per curiam. See, also, 122 N. Y. Supp. 1132.

JOHNSTON v. RYAN. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by William W. Johnston against John D. Ryan. G. E. Cogswell, for plaintiff. J. A. Garver, for defendant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

JONES v. CALVERT et al. (Supreme Court, Appellate Division, First Department. May 13, 1910.) Action by Lorena R. Jones against George H. Calvert and others, as ancillary receivers. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 122 N. Y. Supp. 1132.

JOSS, Appellant, v. H. W. JOHNS MANVILLE CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by Henry Arthur Joss, an infant, by Lina Joss, his guardian ad litem, against the H. W. Johns Manville Company. No opinion. Judgment and order unanimously affirmed, with costs.

KAELIN, Respondent, v. JOLINE et al., Appellants. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by August Kaelin, as administrator, against Adrian H. Joline and another. B. H. Ames, for appellants. A. L. Kalman, for respondent.
PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including interest and costs, to the sum of $2,251.10, in which event, judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

In re KANE'S WILL. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) In the matter of the probate of the last will and testament of Margaret Kane, deceased. No opinion. Decree of the Surrogate's Court of Queens county affirmed, with costs.

KARPF, Respondent, v. BORGENICHT et al., Appellants. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by Max Karpf against Louis Borgenicht and others. C. E. Thornall, for appellants. J. Gordon, for respondent. No opinion. Determination (120 N. Y. Supp. 876) affirmed, with costs. Order filed. See, also, 122 N. Y. Supp. 1132.

KELLER et al., Respondents, v. KELLER, Appellant. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by Clotilde R. Keller and another against Hugo P. Keller, individually, etc. A. Stickney, for appellant. W. G. Phlippeau, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KELLOGG et al., Respondents, v. CAMPBELL, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1910.) Action by Ralph A. Kellogg and another against James Campbell. No opinion. Judgment affirmed, with costs.

KEMP, Respondent, v. GABELER, Appellant. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by Irma E. Kemp, an infant, etc., against Charles H. Gabeler.
PER CURIAM. Judgment and order reversed, as against the weight of evidence, and new trial granted, with costs to appellant to abide event.
SMITH, P. J., dissents.